UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PLASMA PHYSICS CORPORATION and<br>SOLAR PHYSICS CORPORATION, | )<br>)<br>) | Civil Action No.<br>2:08-cv-1627-LDW-WDW |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | |
| AU OPTRONICS CORPORATION and AU<br>OPTRONICS CORPORATION AMERICA | )<br>)<br>) | |
| Defendants. | )<br>) | |

**[PROPOSED] ORDER AMENDING THE CASE MANAGEMENT SCHEDULE**

    IT IS HEREBY ORDERED that the schedule in the above referenced action is amended as follows:

NY02:660221.1

| Event | Deadline |
|---|---|
| Fact Discovery Opened | No extension; event complete |
| Last day for motions to join new parties or amend pleadings | No extension; event complete |
| Any party intending to rely on the advice of counsel in defense to a charge of willful infringement shall notify the opposing side of such intention and shall provide copies of opinion, evidence and related material to the extent that they have not already been produced | No extension; event complete |
| Parties exchange list of claim terms | No extension; event complete |
| Parties exchange draft claim constructions | No extension; event complete |
| Meet and confer on claim construction issues | No extension; event complete |
| Parties file and serve opening Markman briefs | No extension; event complete |
| Parties file and serve opposing Markman briefs | No extension; event complete |
| Special Master Rando holds Markman hearing | July 20-22, 2009 (No extension) |
| Close of fact discovery.  This deadline is the last day to serve discovery responses. | September 15, 2009 |
| Rule 26 disclosures regarding case-in-chief experts. Expert discovery Opens | October 16, 2009 |
| Rule 26 disclosures regarding rebuttal experts | November 15, 2009 |
| Expert Discovery Closes | December 15, 2009 |
| Last day to file dispositive motions | December 30, 2009 |
| Court holds pretrial conference | February 2010 |
| Trial ready date | February 2010 |

Dated: July ___, 2009    SO ORDERED


_____
Hon. William D. Wall
United States Magistrate Judge

NY02:660221.1

Dated: July 14, 2009

Respectfully Submitted By:

| **PLASMA PHYSICS CORPORATION and SOLAR PHYSICS CORPORATION** | **AU OPTRONICS CORPORATION and AU OPTRONICS CORPORATION AMERICA** |
|---|---|
| By: */s/ Jennifer Cozeolino* | By: */s/ Daniel Prince with permission by Jennifer Cozeolino* |
| Neil P. Sirota NPS 3870<br>Paul A. Ragusa PAR 9165<br>Robert L. Maier RLM 2930<br>Jennifer Cozeolino JC 4841<br>BAKER BOTTS L.L.P.<br>30 Rockefeller Plaza<br>New York, NY 10112<br>(212) 408-2500 | Bradford E. Young<br>PAUL HASTINGS JANOFSKY & WALKER LLP<br>75 East 55th Street<br>New York, NY 10022<br>(212) 318-6000<br><br>Daniel Prince (Pro Hac Vice)<br>Vincent K. Yip (Pro Hac Vice)<br>Jay C. Chiu (Pro Hac Vice)<br>Peter J. Wied (Pro Hac Vice)<br>PAUL HASTINGS JANOFSKY & WALKER LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA 90071<br>(213) 683-6000 |

NY02:660221.1